Geneva A. Miller, Appellant, v. Robert H. Miller et al., Appellees.

Gen. No. 10,222.

opinion filed February 5, 1948; rehearing denied March 25, 1948; released for publication March 30, 1948. Streeter & Nichols and Dyer & Dyer, for appellant; Eva L. Minor, for appellees. Opinion by PRESIDING JUSTICE WOLFE. **Not to be published in full.**